**ORIGIN MEDSYSTEMS, INC.,**
**Plaintiff–Appellee,**

v.

**GENERAL SURGICAL**
**INNOVATIONS, INC.,**
**Defendant–Appellant.**

No. 01–1152.

United States Court of Appeals,
Federal Circuit.

Sept. 12, 2001.

*ORDER*

The parties file a joint stipulation to dismiss this appeal with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is granted. The appeal is dismissed.

2) Each side shall bear its own costs.